IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff<br><br>　vs.<br><br>TROY BALGO<br><br>　　　　Defendant | Case No. 2:19-cr-197<br><br>Judge Michael H. Watson |

## **NOTICE AND BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY**

The United States of America hereby files the following Notice and Bill of Particulars for Forfeiture of Property.

The forfeiture allegation pending in this case seeks forfeiture of property that constitutes and is derived from the proceeds obtained directly and indirectly from the violations set forth in Counts One through Nine of the Indictment, and all property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violations alleged in Counts One and Two pursuant to 18 U.S.C. § 982(a)(7) and Counts Three through Nine pursuant to 21 U.S.C. § 853.

The United States hereby gives notice that it is seeking forfeiture of $2,814,728.64 in United States currency, which was seized based on three seizure warrants issued on September 19, 2019, and real property located at 66766 Graham Road, St. Clairsville, Ohio 43950; 66780 Graham Road, St. Clairsville, Ohio 43950; 0 Graham Road, St. Clairsville, Ohio 43950; 187-189 West Main Street, St. Clairsville, Ohio 43950; 160 Newell Avenue, St. Clairsville, Ohio 43950; and 135 High Street, St. Clairsville, Ohio 43950, constituting property derived from proceeds

directly traceable to the violations alleged in Counts One through Nine, or used to commit or to facilitate the violations alleged in Counts One through Nine of the Indictment.

          Respectfully submitted,

          DAVID M. DEVILLERS
          United States Attorney

          ALLAN J. MEDINA
          United States Department of Justice
          Acting Chief, Health Care Fraud Unit
          Criminal Division, Fraud Section

By: *s/Christopher Jason*
      Christopher Jason
      Trial Attorney
      U.S. Department of Justice
      PA State Bar No. 312373
      303 Marconi Boulevard, # 200
      Columbus, OH 43215
      Phone: 202-262-6438
      E-mail: christopher.jason@usdoj.gov

Dated: November 27, 2019

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of November, 2019, I filed the foregoing Notice and Bill of Particulars for Forfeiture of Property with the Clerk of Courts using the CM/ECF system for electronic delivery to all counsel of record, and provided an electronic copy to the defendant's counsel of record.

                By: *s/Christopher Jason*
                     Christopher Jason
                     Trial Attorney
                     U.S. Department of Justice
                     PA State Bar No. 312373
                     303 Marconi Boulevard, # 200
                     Columbus, OH 43215
                     Phone: 202-262-6438
                     E-mail: christopher.jason@usdoj.gov