**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**United States of America,**

    **v.**                                **Case No. 2:19-cr-197**

                                               **Judge Michael H. Watson**

**Troy Balgo,**

**ORDER**

      There being no objections, and upon review of the Second Superseding Indictment, Plea Agreement, and Report and Recommendation of the Magistrate Judge ("R&R") the Court hereby adopts the R&R, ECF No. 111. The Court accepts Defendant's plea of guilty to Counts 2 and 3 of the Second Superseding Indictment, and he is hereby adjudged guilty on those counts. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

      **IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**